David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Ignacio Moreno Espinoza

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGNACIO MORENO ESPINOZA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br> Acting Commissioner of Social Security,<br><br>　　　　　Defendant | Case No. 3:17-cv-00577-RS<br><br>STIPULATION AND (PROPOSED) ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file his Motion for Summary Judgment herein is hereby extended for a period of 42 days.  Plaintiff's Motion is due Monday, July 10.  This request, if approved, would extend the filing date to Monday, August 21.

//

//

Espinoza v. Berryhill, Case 3:17-cv-00577-RS, Stipulation and Order Extending

Plaintiff's Time to File Summary Judgment Motion - 1

This extension is requested because of a vacation and workload on other court matters affecting the schedule of plaintiff's lead attorney and of attorney Ralph Wilborn, who is assisting plaintiff's lead attorney in this matter.  This is plaintiff's first request for an extension of time.

Dated:   July 3, 2017      /s/ David J. Linden
                           DAVID J. LINDEN
                           Attorney at Law
                           Attorney for Plaintiff


                           BRIAN STRETCH
                           United States Attorney


Dated:   July 3, 2017      /s/  C. Hay-Mie Cho
                           [Authorized via electronic mail 07/03/2017]
                           C. HAY-MIE CHO
                           Special Assistant United States Attorney
                                Of Attorneys for Defendant


PURSUANT TO STIPULATION IT IS SO ORDERED.


Dated: 7/5/17              _____
                           HON. RICHARD SEEBORG,
                           UNITED STATES DISTRICT COURT JUDGE